IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 JUN 22 PM 3:48
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| ERNEST SELPH, | * | |
| Plaintiff, | * | |
| v. | * | CV 319-079 |
| HARTFORD FIRE INSURANCE COMPANY, | * | |
| Defendant. | * | |

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. No. 24.) Plaintiff and Defendant consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE.** The Clerk is directed to close this case. Each party shall bear ~~its~~ *their* own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE